IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAPITAL ONE, N.A. | § | |
|  *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 4:19-CV-01533-LNH |
| | § | |
| QES PROPERTY MANAGEMENT, LLC, | § | |
| MERCER EMERGENCY CENTER – | § | |
| VICTORIA, LLC, DR. JAMES E. | § | |
| GROSSMAN, DR. VICTOR S. HO, | § | |
| DR. UCHENNA K. OJIAKU, | § | |
| GRAMERCY EMERGENCY | § | |
| MANAGEMENT PLLC, | § | |
| MERCER EMERGENCY PHYSICIANS- | § | |
| VICTORIA, PLLC and GEM HOLDINGS, | § | |
| LLC | § | |
|  *Defendants*. | § | |

## JOINT REPORT REGARDING SALE OF PROPERTY

Pursuant to the Court's Management Order of July 22, 2019, the parties hereby submit this Joint Report Regarding Sale of Property, and in support thereof would show as follows:

With regard to the real property located at 6902 NE Zac Lentz Parkway, Victoria, Texas 77904 ("Property") owned by Defendant QES PROPERTY MANAGEMENT, LLC ("QES"), said property is currently under contract to sell to Almonte Medical Properties, LLC, an unaffiliated third-party, for $2,400,000.00. The closing date for the sale was previously scheduled for August 16, 2019 and is now set for September 13, 2019.

Counsel for QES has notified counsel for Plaintiff, CAPITAL ONE, N.A. and counsel for co-Defendant, DR. VICTOR S. HO, regarding the status of the pending sale, and the parties will update the Court regarding the same by September 16, 2019.

Respectfully submitted,

**ANDREWS MYERS, PC**

By: */s/ Lisa M. Norman*
    LISA M. NORMAN
    Federal Bar No. 613906
    Texas Bar No. 24037190
    T. JOSH JUDD
    Texas Bar No. 24036866
    KATHRYN N. BAIRD
    Federal Bar No. 3041107
    Texas Bar No. 24094687
    lnorman@andrewsmyers.com
    1885 Saint James Place, 15th Floor
    Houston, Texas 77056
    (713) 850-4200 – Telephone
    (713) 850-4211 – Facsimile
    lnorman@andrewsmyers.com
    jjudd@andrewsmyers.com
    kbaird@abdrewsmyers.com

ATTORNEYS FOR DEFENDANTS,
QES PROPERTY MANAGEMENT, LLC,
MERCER EMERGENCY CENTER – VICTORIA, LLC,
DR. JAMES E. GROSSMAN, DR. UCHENNA K. OJIAKU, GRAMERCY EMERGENCY MANAGEMENT PLLC, MERCER EMERGENCY PHYSICIANS-VICTORIA, PLLC and GEM HOLDINGS, LLC

4874.5

Respectfully submitted,

By: */s/ Courtney T. Carlson (by permission)*
Courtney T. Carlson
ATTORNEY-IN-CHARGE
Texas Bar No. 24065004
S.D. ID # 1115579
Email: ccarlson@jw.com
Bruce J. Ruzinsky
Texas Bar No. 17469425
S.D. ID # 5037
Email: bruzinsky@jw.com
JACKSON WALKER, L.L.P.
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4239
Fax: (713) 308-4139

ATTORNEYS FOR PLAINTIFF
CAPITAL ONE, NATIONAL ASSOCIATION

Respectfully submitted,

By: */s/ C. Mark Murrah (by permission)*
Richard C. Killough
ATTORNEY-IN-CHARGE
Texas Bar No. 24007481
Southern District Bar No. 23582
C. Mark Murrah
Texas Bar No. 00797129
Southern District Bar No. 21355
MURRAH & KILLOUGH, PLLC
3000 Weslayan, Suite 305
Houston, TX 77027
Telephone: (281) 501-1601
Fax: (713) 588-8778
E-mail: rkillough@mktxlaw.com
E-mail: mmurrah@mktxlaw.com

ATTORNEYS FOR DEFENDANT
DR. VICTOR S. HO

4874.5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of August, 2019, the foregoing document was forwarded by electronic delivery to the following counsel of record:

*Via Electronic Service*
Bruce Ruzinsky
Courtney Carlson
Jackson Walker, L.L.P.
1401 McKinney Street, Suite 1900
Houston, Texas 77010

*Via Electronic Service*
Richard C. Killough
C. Mark Murrah
Murrah & Killough, PLLC
3000 Weslayan, Suite 305
Houston, Texas 77027

*/s/ Lisa M. Norman*
LISA M. NORMAN