# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| QES PROPERTY MANAGEMENT LLC, MERCER EMERGENCY CENTER-VICTORIA, LLC, DR. JAMES E. GROSSMAN, DR. VICTOR S. HO, DR. UCHENNA K. OJIAKU, GRAMERCY EMERGENCY MANAGEMENT, PLLC, MERCER EMERGENCY PHYSICIANS-VICTORIA, PLLC, AND GEM HOLDINGS, LLC, | § § § § § § § § § § § § | CIVIL ACTION NO. 4:19-CV-01533 |
| Defendants. | § | |

## THE PARTIES' JOINT REPORT OF THE STATUS OF THE BANKRUPTCY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to the Court's Order to Report the status of the bankruptcy (Dkt No. 33), Plaintiff Capital One, National Association ("Capital One") and Defendants QES Property Management LLC, Mercer Emergency Center-Victoria LLC, Dr. James E. Grossman, Dr. Victor S. Ho, Dr. Uchenna K. Ojiaku, Gramercy Emergency Management, PLLC, Mercer Emergency Physicians-Victoria, PLLC, and GEM

Holdings, LLC (collectively, "the Parties") hereby submit the following status of the bankruptcy:

An Order Discharging Chapter 7 Debtor as to Dr. Uchenna K. Ojiaku (Cause No. 19-35090) was issued on 12/17/19 (Dkt No. 29). Capital One filed its proof of claim on 1/7/20 (Claim No. 5). Dr. Victor Ho filed two proofs of claim (Claim No. 10 on 1/20/20 and Claim No. 15 on 3/10/20). Two proofs of claim were also filed by Dr. Victor Ho's wife, Arielle T. Lawson (not a party in this suit) (Claim No. 11 on 1/20/20 and Claim No. 14 on 3/10/20).

An Order Discharging Chapter 7 Debtor as to Dr. James Grossman (Cause 19-35083) was issued on 12/10/19 (Dkt No. 39). Capital One filed its proof of claim on 1/7/20 (Claim No. 5). Dr. Victor Ho filed two proofs of claim (Claim No. 7 on 1/20/20 and Claim No. 12 on 3/10/20). Two proofs of claim were also filed by Dr. Victor Ho's wife, Arielle T. Lawson (not a party in this suit) (Claim No. 6 on 1/20/20 and Claim No. 11 on 3/10/20).

Respectfully submitted,

JACKSON WALKER, L.L.P.


By: _/s/ Courtney T. Carlson_____
   Courtney T. Carlson
   ATTORNEY-IN-CHARGE
   Texas Bar No. 24065004
   S.D. ID # 1115579
   Email: ccarlson@jw.com
   1401 McKinney Street, Suite 1900
   Houston, Texas 77010
   Telephone:  (713) 752-4239
   Fax:  (713) 308-4139
   Bruce J. Ruzinsky
   Texas Bar No. 17469425
   S.D. ID # 5037
   Email: bruzinsky@jw.com
   1401 McKinney Street, Suite 1900
   Houston, Texas 77010
   Telephone:  (713) 752-4204
   Fax:  (713) 308-4155

**ATTORNEYS FOR PLAINTIFF CAPITAL ONE, NATIONAL ASSOCIATION**

ANDREWS MYERS, PC

By: _/s/ Lisa M. Norman (by permission)_
LISA M. NORMAN
ATTORNEY IN CHARGE
Federal Bar No. 613906
Texas Bar No. 24037190
KATHRYN N. BAIRD
Federal Bar No. 3041107
Texas Bar No. 24094687
1885 Saint James Place, 15th Floor
Houston, Texas 77056
Telephone: (713) 850-4200
Facsimile: (713) 850-4211
lnorman@andrewsmyers.com
kbaird@andrewsmyers.com

**ATTORNEYS FOR DEFENDANTS QES PROPERTY MANAGEMENT LLC, MERCER EMERGENCY CENTER-VICTORIA LLC, DR. JAMES E. GROSSMAN, DR. UCHENNA K. OJIAKU, GRAMERCY EMERGENCY MANAGEMENT, PLLC, MERCER EMERGENCY PHYSICIANS-VICTORIA, PLLC, AND GEM HOLDINGS, LLC**

                    MURRAH & KILLOUGH, PLLC

                    By: __*/s/ Richard C. Killough (by permission)*__
                    Richard C. Killough
                    ATTORNEY IN CHARGE
                    Texas Bar No. 24007481
                    Southern District Bar No. 23582
                    C. Mark Murrah
                    Texas Bar No. 00797129
                    Southern District Bar No. 21355
                    3000 Wesleyan, Suite 305
                    Houston, Texas 77027
                    Telephone: (281) 501-1601
                    Facsimile: (713) 588-8778
                    Email: rkillough@mktxlaw.com

                    **ATTORNEYS FOR DEFENDANT DR. VICTOR S. HO**

## CERTIFICATE OF SERVICE

      This is to certify that on March 27, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court.

                    __*/s/ Courtney T. Carlson*_____
                    Courtney T. Carlson