**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION, | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Plaintiff, | | |
| v. | § | |
| QES PROPERTY MANAGEMENT LLC, MERCER EMERGENCY CENTER-VICTORIA, LLC, DR. JAMES E. GROSSMAN, DR. VICTOR S. HO, DR. UCHENNA K. OJIAKU, GRAMERCY EMERGENCY MANAGEMENT, PLLC, MERCER EMERGENCY PHYSICIANS-VICTORIA, PLLC, AND GEM HOLDINGS, LLC, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:19-CV-01533 |
| Defendants. | § | |

**THE PARTIES' JOINT REPORT OF THE**
**STATUS OF THE BANKRUPTCY**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to the Court's Order to Report the status of the bankruptcy (Dkt No.

35), Plaintiff Capital One, National Association ("Capital One") and Defendants

QES Property Management LLC, Mercer Emergency Center-Victoria LLC, Dr.

James E. Grossman, Dr. Victor S. Ho, Dr. Uchenna K. Ojiaku, Gramercy Emergency

Management, PLLC, Mercer Emergency Physicians-Victoria, PLLC, and GEM

Holdings, LLC (collectively, "the Parties") hereby submit the following status of the bankruptcy:

The bankruptcy matters remain open.  In addition to the information below, included in the previous update, there is also an adversary proceeding as to Dr. James Grossman (Case No. 19-35083) where the Trustee is seeking to recover certain amounts from the Debtors and a related entity.

An Order Discharging Chapter 7 Debtor as to Dr. Uchenna K. Ojiaku (Case No. 19-35090) was issued on 12/17/19 (Dkt No. 29). Capital One filed its proof of claim on 1/7/20 (Claim No. 5). Dr. Victor Ho filed two proofs of claim (Claim No. 10 on 1/20/20 and Claim No. 15 on 3/10/20). Two proofs of claim were also filed by Dr. Victor Ho's wife, Arielle T. Lawson (not a party in this suit) (Claim No. 11 on 1/20/20 and Claim No. 14 on 3/10/20).

An Order Discharging Chapter 7 Debtor as to Dr. James Grossman (Case No. 19-35083) was issued on 12/10/19 (Dkt No. 39). Capital One filed its proof of claim on 1/7/20 (Claim No. 5). Dr. Victor Ho filed two proofs of claim (Claim No. 7 on 1/20/20 and Claim No. 12 on 3/10/20). Two proofs of claim were also filed by Dr. Victor Ho's wife, Arielle T. Lawson (not a party in this suit) (Claim No. 6 on 1/20/20 and Claim No. 11 on 3/10/20).

Respectfully submitted,

JACKSON WALKER, L.L.P.


By:  _/s/ Courtney T. Carlson_____
    Courtney T. Carlson
    ATTORNEY-IN-CHARGE
    Texas Bar No. 24065004
    S.D. ID # 1115579
    Email: ccarlson@jw.com
    1401 McKinney Street, Suite 1900
    Houston, Texas 77010
    Telephone:  (713) 752-4239
    Fax:  (713) 308-4139
    Bruce J. Ruzinsky
    Texas Bar No. 17469425
    S.D. ID # 5037
    Email: bruzinsky@jw.com
    1401 McKinney Street, Suite 1900
    Houston, Texas 77010
    Telephone:  (713) 752-4204
    Fax:  (713) 308-4155

**ATTORNEYS FOR PLAINTIFF
CAPITAL ONE, NATIONAL
ASSOCIATION**

ANDREWS MYERS, PC

By: _/s/ Lisa M. Norman (by permission)_
LISA M.  NORMAN
ATTORNEY IN CHARGE
Federal Bar No. 613906
Texas Bar No. 24037190
KATHRYN N. BAIRD
Federal Bar No. 3041107
Texas Bar No. 24094687
1885 Saint James Place, 15th Floor
Houston, Texas 77056
Telephone: (713) 850-4200
Facsimile: (713) 850-4211
lnorman@andrewsmyers.com
kbaird@andrewsmyers.com

**ATTORNEYS FOR DEFENDANTS QES PROPERTY MANAGEMENT LLC, MERCER EMERGENCY CENTER-VICTORIA LLC, DR. JAMES E. GROSSMAN, DR. UCHENNA K. OJIAKU, GRAMERCY EMERGENCY MANAGEMENT, PLLC, MERCER EMERGENCY PHYSICIANS-VICTORIA, PLLC, AND GEM HOLDINGS, LLC**

MURRAH & KILLOUGH, PLLC

By: _/s/ Richard C. Killough (by permission)_
Richard C. Killough
ATTORNEY IN CHARGE
Texas Bar No. 24007481
Southern District Bar No. 23582
C. Mark Murrah
Texas Bar No. 00797129
Southern District Bar No. 21355
3000 Wesleyan, Suite 305
Houston, Texas 77027
Telephone: (281) 501-1601
Facsimile: (713) 588-8778
Email: rkillough@mktxlaw.com

**ATTORNEYS FOR DEFENDANT
DR. VICTOR S. HO**

## CERTIFICATE OF SERVICE

This is to certify that on May 22, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court.

_/s/ Courtney T. Carlson_
Courtney T. Carlson

5